FILED
JUL 30 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

5:21-MC-24

# RESOLUTION OF THE OHIO COUNTY BAR ASSOCIATION FOR JAMES G. BORDAS, JR. ADOPTED JULY 20, 2021

James G. Bordas, Jr., known to everyone as Jim, was born November 17, 1946, and grew up in Charleston, West Virginia, as the oldest of 9 children. His tendency to be a fierce advocate and a staunch opponent, characteristics that we all saw in his professional life, came to the fore early on as he became the neighborhood protector of his 8 siblings. No one messed with Jim's younger siblings, because Jim saw to that. He came from a humble background, but the Bordas kids never felt poor. Jim began working to help support the family at a very early age, when he had a huge paper route and was a school janitor while he was still in middle school.

He was a star member of a state championship football team at Charleston Catholic High School, where he earned the nickname "Buzzsaw", because his coach said he would tackle a buzzsaw.

He met the love of his life, Linda, in 1972, at a training session for WVU Dormitory Residence Assistants, and they were married while they were still both students. Jim and Linda had two sons, Jamie and Ben, who were the lights of their lives. Jim coached them in virtually every sport, and he coached countless other young men as well. He coached more than sports; he also coached life, and many of those young men for many years referred to him as "Coach", and sometimes even "Dad," which Jim thought was the ultimate compliment. Together with Linda, he co-founded the law firm now known as Bordas and Bordas, which has offices in Wheeling and Moundsville in West Virginia, St. Clairsville in Ohio, and in Pittsburgh, Pennsylvania. Jim was very successful as a plaintiffs' lawyer, but he would tell you that taking on the causes of minorities, those who could ill forward to defend themselves from some injustice, or who just needed a helping

hand were his most important cases. His work was featured on CNN, 60 Minutes on CBS, and Inside Edition. He was on the published lists of Best Lawyers in West Virginia and West Virginia Super Lawyers for years, and his firm was named Pro Bono Firm of the Year.

His quiet philanthropy, both monetary and in personal service, was recognized by Youth Services System as its 2014 Good Samaritan, by the Wheeling YMCA as its 2016 Light of the Valley, and by none other than Pope Francis, who awarded him the Benemeriti Medal for service to the Catholic Church in 2018. He died far too early on September 19, 2019, survived by his wife Linda, his sons Jamie and Ben, and his co-favorite daughters-in-law, Stacey and Kim, and a proud bevy of grandchildren; his dad, Jim Sr.; four brothers, two sisters, and numerous nieces, nephews, and in-laws. He was proceeded in death by his mom, Margaret Anne Bordas and his brothers Ricky and Joe.

He was a dedicated lawyer, a caring citizen, a great father and grandfather, and a valiant champion of the downtrodden until the day he died.

So, WHEREAS James G. Bordas, Jr. served the law and West Virginia with great distinction as a lawyer and a citizen, and

WHEREAS Jim Bordas, his loving wife, Linda, and the rest of his family have been and still are great assets to the Wheeling community and the greater world, and

WHEREAS Jim Bordas will always be remembered for the multitude of services that he provided,

THEREFORE, BE IT RESOLVED that the members of the Ohio County Bar Association, at a special meeting called for 12:00 o'clock noon on July 20, 2021, after a moment of silence, hereby unanimously do adopt this Resolution, and direct that a true copy of this Resolution be delivered to the family of James G. Bordas, Jr., to the Clerks of the Circuit Court of Ohio County

and the United States District Court for the Northern District of West Virginia, and to the Supreme Court of Appeals of West Virginia.

_____
William D. Wilmoth,
Chair, Memorial Committee
Ohio County Bar Association